In the Matter of the Application of ANNA U. SILVERMAN, Administratrix, etc., of FREDA UNGER, Also Known as FREIDA UNGER, Deceased, to Discover Certain Property Which Is Claimed to Be Withheld. ANNA U. SILVERMAN, Appellant; FRANCES CANTOR, GERTRUDE GUENZBERG, MINNA PAUL, GERTRUDE PAUL, DOROTHY GUENZBERG and MURIEL GUENZBERG, Respondents.— Discovery proceeding in the Surrogate's Court, Kings County. The respondents served answers alleging title to the property which is the subject of the petition. The order directs the petitioner to serve a reply to the new matter thus affirmatively alleged in the answers. Order of the Surrogate's Court, Kings County, affirmed, with one bill of ten dollars costs and disbursements to respondents, payable out of the estate. Appellant may reply within ten days after the entry of the order hereon. Under the circumstances, the direction of a reply was within the discretion of the court. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur. [172 Misc. 952.]

RALPH K. JACOBS, Respondent, v. WILLIAM B. HERLANDS, Appellant.— Order striking out certain complete separate defenses in an action for libel, in so far as appealed from, affirmed, with ten dollars costs and disbursements. (*Jacobs* v. *Herlands*, 257 App. Div. 1050; *Bingham* v. *Gaynor*, 203 N. Y. 27; *Moore* v. *M. N. Bank*, 123 id. 420; *Nunnally* v. *Press Publishing Co.*, 110 App. Div. 10.) The appellant may serve a third amended answer within ten days from the entry of the order hereon. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

HOWARD S. PALMER, JAMES LEE LOOMIS and HENRY B. SAWYER, Trustees of the Property of THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Debtor, Appellants, v. LARCHMONT MANOR COMPANY, and Others, Defendants, and PETER LAMSON FLINT, THOMPSON JAMES FLINT and THOMPSON J. S. FLINT, Respondents.— Order dismissing the plaintiffs' complaint upon the ground that the court lacked jurisdiction of the subject-matter, and the judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.